LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
(714) 540-1235 / (714) 755-8290 Fax

LATHAM & WATKINS LLP
   Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
600 West Broadway, Suite 1800
San Diego, California 92101-3375
(619) 236-1234 / (619) 696-7419 Fax

Attorneys for Defendant
BRAND AFFINITY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC. and BRAND AFFINITY TECHNOLOGIES, INC.,<br><br>    Defendants. | CASE NO. SACV13-00876 JVS (RNBx)<br><br>**DEFENDANT BRAND AFFINITY TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT**<br><br>Fed. R. Civ. Proc. 7.1 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Brand Affinity Technologies, Inc., states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: July 1, 2013

LATHAM & WATKINS LLP

By  /s/ Jennifer L. Barry
Perry J. Viscounty
Jennifer L. Barry

Attorneys for Defendant
BRAND AFFINITY
TECHNOLOGIES, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1628986.1

1

CASE NO.  SACV13-00876 JVS (RNBx)
Defendant Brand Affinity's Disclosure Statement

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I caused the following document:

**DEFENDANT BRAND AFFINITY TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT**

to be served via first class mail upon the following:

Robert B. Carey (*pro hac vice pending*)
Leonard W. Aragon (*pro hac vice pending*)
Rachel E. Freeman (*pro hac vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
*Attorneys for Plaintiff Yahchaaroah Lightbourne*

Steve W. Berman (*pro hac vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
*Attorney for Plaintiff Yahchaaroah Lightbourne*

William S. Sowders (*Reactivation pending*)
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, AZ  85004
*Attorney for Plaintiff Yahchaaroah Lightbourne*

Dated:  July 1, 2013                    /s/ Jennifer L. Barry
                                        Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1628986.1

2

CASE NO.  SACV13-00876 JVS (RNBx)
Defendant Brand Affinity's Disclosure Statement