LATHAM & WATKINS LLP
　Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
(714) 540-1235 / (714) 755-8290 Fax

LATHAM & WATKINS LLP
　Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
600 West Broadway, Suite 1800
San Diego, California  92101-3375
(619) 236-1234 / (619) 696-7419 Fax

Attorneys for Defendant
BRAND AFFINITY
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC. and BRAND AFFINITY TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | CASE NO.  SACV13-00876 JVS (RNBx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:　　　June 11, 2013<br>Initial Response Date:　　July 2, 2013<br>Current Response Date:　Aug. 1, 2013<br>New Response Date:　　Aug. 16, 2013 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YAHCHAAROAH LIGHTBOURNE and Defendants BRAND AFFINITY TECHNOLOGIES, INC., PRINTROOM, INC., and PROFESSIONAL PHOTO STOREFRONTS, INC. (collectively, "Defendants") as follows:

1. Pursuant to a stipulation filed on July 1, 2013, Defendants' current response deadline is August 1, 2013.

2. Defendants are currently researching and analyzing whether to bring a motion to dismiss in response to the Complaint, and would like sufficient time to meaningfully engage Plaintiff in substantive meet-and-confer discussions to determine whether a motion is appropriate and whether the parties could instead informally resolve any issues raised in the motion.

3. The parties therefore agree, and ask the Court to approve, a limited additional extension of Defendants' deadline to respond to the Complaint of 15 days, such that the new deadline will be August 16, 2013.

Dated: July 24, 2013                LATHAM & WATKINS LLP

                                    By      /s/ Jennifer L. Barry
                                        Perry J. Viscounty
                                        Jennifer L. Barry

                                        Attorneys for Defendant
                                        BRAND AFFINITY
                                        TECHNOLOGIES, INC.


Dated: July 24, 2013                ABELSON HERRON HALPERN LLP

                                    By      /s/ Michael Bruce Abelson
                                        Michael Bruce Abelson
                                        Vincent H. Herron
                                        Heather L. Mayer

                                        Attorneys for Defendants
                                        PRINTROOM, INC., and
                                        PROFESSIONAL PHOTO
                                        STOREFRONTS, INC.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By   /s/ Rachael E. Freeman   |
| 3 | | Rachael E. Freeman |
| 4 | | Attorneys for Plaintiff |
| 5 | | YAHCHAAROAH LIGHTBOURNE |

25  Attestation: I certify that I obtained concurrence in the filing of this document
26  from all parties whose electronic signatures appear above.

27  Dated: July 24, 2013         /s/ Jennifer L. Barry   
                                  Jennifer L. Barry

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I caused the following document:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

first class mail upon the following:

Steve W. Berman (*pro hac vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
*Attorney for Plaintiff Yahchaaroah Lightbourne*

William S. Sowders (CA Bar No. 221687)
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, AZ 85004
*Attorney for Plaintiff Yahchaaroah Lightbourne*

Dated: July 24, 2013              /s/ Jennifer L. Barry
                                  Jennifer L. Barry