| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Perry J. Viscounty (Bar No. 132143) |
|   | *perry.viscounty@lw.com* |
| 3 | 650 Town Center Drive, 20th Floor |
|   | Costa Mesa, California 92626-1925 |
| 4 | (714) 540-1235 / (714) 755-8290 Fax |
| 5 | LATHAM & WATKINS LLP |
| 6 |   Jennifer L. Barry (Bar No. 228066) |
|   | *jennifer.barry@lw.com* |
| 7 | 600 West Broadway, Suite 1800 |
|   | San Diego, California 92101-3375 |
| 8 | (619) 236-1234 / (619) 696-7419 Fax |
| 9 | Attorneys for Defendant |
| 10 | BRAND AFFINITY TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC. and BRAND AFFINITY TECHNOLOGIES, INC.,<br><br>      Defendants. | CASE NO. SACV13-00876 JVS (RNBx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:    June 11, 2013<br>Initial Response Date:    July 2, 2013<br>Current Response Date:    Aug. 16, 2013<br>New Response Date:    Sept. 30, 2013 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YAHCHAAROAH LIGHTBOURNE and Defendants BRAND AFFINITY TECHNOLOGIES, INC., PRINTROOM, INC., and PROFESSIONAL PHOTO STOREFRONTS, INC. (collectively, "Defendants") as follows:

1. Pursuant to a stipulation filed on July 24, 2013, and granted by this Court on July 25, 2013, Defendants' current response deadline is August 16, 2013.

2. The parties are currently engaged in substantive meet-and-confer discussions regarding a motion to dismiss contemplated by Defendants, and have been exchanging research and case law. The parties intend to continue these discussions to determine whether a motion can be avoided.

3. The parties have also commenced early settlement discussions, and are exchanging documents informally in order to further these settlement talks. To safeguard the confidentiality of the documents being informally exchanged during these discussions, Defendants will be submitting a stipulated protective order to the Court shortly.

3. The parties therefore agree, and ask the Court to approve, an additional extension of Defendants' deadline to respond to the Complaint of 45 days, such that the new deadline will be September 30, 2013, so that the parties can continue their discussions and meet and confer efforts as outlined above.

Dated: August 12, 2013          LATHAM & WATKINS LLP

By      /s/ Jennifer L. Barry
     Perry J. Viscounty
     Jennifer L. Barry

     Attorneys for Defendant
     BRAND AFFINITY
     TECHNOLOGIES, INC.

| | | |
|---|---|---|
| 1 | Dated: August 12, 2013 | ABELSON HERRON HALPERN LLP |
| 2 | | By ___/s/ Michael Bruce Abelson___ |
| 3 | | Michael Bruce Abelson |
| | | Vincent H. Herron |
| 4 | | Heather L. Mayer |
| 5 | | Attorneys for Defendants |
| 6 | | PRINTROOM, INC., and |
| | | PROFESSIONAL PHOTO |
| 7 | | STOREFRONTS, INC. |
| 8 | Dated: August 12, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 9 | | By _____/s/ Leonard Aragon_____ |
| 10 | | Leonard W. Aragon |
| 11 | | Attorneys for Plaintiff |
| 12 | | YAHCHAAROAH LIGHTBOURNE |

25  Attestation: I certify that I obtained concurrence in the filing of this document
26  from all parties whose electronic signatures appear above.

27  Dated: August 12, 2013           /s/ Jennifer L. Barry
                                     Jennifer L. Barry

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I caused the following document:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

first class mail upon the following:

William S. Sowders (CA Bar No. 221687)
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, AZ  85004
*Attorney for Plaintiff Yahchaaroah Lightbourne*

Dated:  August 12, 2013              /s/ Jennifer L. Barry
                                            Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1668910.1

CASE NO.  SACV13-00876 JVS (RNBx)
Stip. to Extend Time to Respond to Initial Complaint