| | |
|---|---|
| 1 | BRUCE ISAACS (BAR NO. 100296) |
| 2 | Email: bisaacs@wymanisaacs.com<br>WYMAN & ISAACS LLP |
| 3 | 9595 Wilshire Boulevard, Suite 201<br>Beverly Hills, CA  90212 |
| 4 | Telephone:  (323) 648-4141<br>Facsimile:  (310) 550-4848 |
| 5 | JAMES W. QUINN (*subject to pro hac vice admission*) |
| 6 | Email: james.quinn@weil.com<br>YEHUDAH L. BUCHWEITZ (*subject to pro hac vice admission*) |
| 7 | Email: Yehudah.buchweitz@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 8 | 767 Fifth Avenue<br>New York, NY 10153 |
| 9 | Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007 |
| 10 | *Attorneys for Defendant* |
| 11 | CBS INTERACTIVE, INC. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>                    Defendants. | NO. SACV13-00876 JVS (RNBX)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF YAHCHAAROAH LIGHTBOURNE'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable James V. Selna |

1  WHEREAS, Plaintiff Yahchaaroah Lightbourne filed his first amended class action
2  complaint (the "Complaint") in this matter on April 9, 2014 and served a redacted copy of that
3  Complaint on Defendant CBS Interactive, Inc. ("Defendant") on April 14, 2014, and an unredacted
4  copy on April 25, 2014;

5  WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant
6  presently has until May 5, 2014 to respond to Plaintiff's Complaint;

7  WHEREAS, Defendant has been diligently evaluating the Complaint and how to respond
8  thereto;

9  WHEREAS, on April 25, 2014, counsel for Defendant reached out to counsel for Plaintiff,
10  seeking a short extension, until June 23, 2014, of Defendant's time to answer, move against, or
11  otherwise respond to the Complaint;

12  WHEREAS, counsel for Plaintiff has consented to the extension to allow Defendant to
13  move, answer, or otherwise respond to the Complaint by June 23, 2014;

14  WHEREAS, no prior extensions have been requested;

15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
16  the undersigned attorneys for the respective parties, and subject to the approval of the court, that
17  Defendant CBS Interactive Inc.'s time to answer, move against, or otherwise respond to the
18  Complaint shall be extended up to and including June 23, 2014.

19

20  Date: May 2, 2014            Respectfully submitted,

21

22                  */s/ Bruce Isaacs*
                    BRUCE ISAACS (Bar No. 100296)
23                  Email:  bisaacs@wymanisaacs.com
                    WYMAN & ISAACS LLP
24                  9595 Wilshire Boulevard, Suite 201
                    Beverly Hills, CA  90212
25                  Telephone:  (323) 648-4141
                    Facsimile:  (310) 550-4848
26

27                  JAMES W. QUINN (*subject to pro hac vice admission*)
                    james.quinn@weil.com
28                  YEHUDAH L. BUCHWEITZ (*subject to pro hac vice admission*)

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | 767 Fifth Avenue |
|   | New York, New York 10153 |
| 3 | Telephone: (212) 310-8000 |
|   | Facsimile: (212) 310-8007 |
| 4 | |
|   | Attorneys for Defendant CBS INTERACTIVE, INC. |
| 5 | |
| 6 | */s/ Robert B Carey* |
| 7 | |
|   | Robert B. Carey (*pro hac vice*) |
| 8 | Leonard W. Aragon (*pro hac vice*) |
|   | Rachel E. Freeman (*pro hac vice*) |
| 9 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | 11 West Jefferson Street, Suite 1000 |
|   | Phoenix, Arizona 85003 |
| 11 | Telephone: (602) 840-5900 |
|   | Facsimile: (602) 840-3012 |
| 12 | rob@hbsslaw.com |
|   | leonard@hbsslaw.com |
| 13 | rachelf@hbsslaw.com |
| 14 | |
|   | Stuart M. Paynter (#226147) |
| 15 | Celeste H.G. Boyd (*pro hac vice*) |
|   | THE PAYNTER LAW FIRM PLLC |
| 16 | 1200 G Street N.W., Suite 800 |
|   | Washington, DC 20005 |
| 17 | Telephone: (202) 626-4486 |
| 18 | Facsimile: (866) 734-0622 |
|   | stuart@smplegal.com |
| 19 | cboyd@smplegal.com |
| 20 | |
|   | William S. Sowders (#221687) |
| 21 | Renaud Cook Drury Mesaros, PA |
|   | One North Central, Suite 900 |
| 22 | Phoenix, Arizona 85004 |
|   | Telephone: (602) 307-9900 |
| 23 | Facsimile: (602) 307-5853 |
|   | bsowders@rcdtnlaw.com |
| 24 | |
| 25 | Attorneys for Plaintiff YAHCHAAROAH LIGHTBOURNE |
| 26 | |
| 27 | |
| 28 | |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED
CLASS ACTION COMPLAINT　　　　　　　　2　　　　　　　NO. SACV13-00876 JVS (RNBx)

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF YAHCHAAROAH LIGHTBOURNE'S FIRST AMENDED CLASS ACTION COMPLAINT**

to be completed by:

_____ personally delivering

_____ delivery via Nationwide Legal Services

_____ sending via Federal Express or other overnight delivery service

_____ depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____ delivery via facsimile machine to fax no. _____

__X__ electronic filing, and thereby delivery via e-mail to:

| | |
|---|---|
| Robert A. Carey, Esq. | William S. Sowders |
| Leonard W. Aragon, Esq. | Renaud Cook Drury Mesaros, PA |
| Rachel E. Freeman, Esq. | One North Central, Suite 900 |
| Hagens Berman Sobol Shapiro LLP | Phoenix, Arizona 85004 |
| 11 West Jefferson Street, Suite 1000 | bsowders@rcdtnlaw.com |
| Poenix, AZ 85003 | |
| rob@hbsslaw.com | |
| leonard@hbsslaw.com | |
| rachelf@hbsslaw.com | |
| | |
| Stuart M. Paynter, Esq. | Vincent H. Herron, Esq. |
| Celeste H.G. Boyd, Esq. | Michael B. Abelson, Esq. |
| The Paynter Law Firm PLLC | Heather Mayer, Esq. |
| 1200 G. Street N.W., Suite 800 | Abelson Herron Halpern LLP |
| Washington, DC 20005 | 333 S. Grand Avenue, Suite 1550 |
| stuart@smplegal.com | Los Angeles, CA 90071 |
| cboyd@smplegal.com | vherron@abelsonherron.com |
| | mabelson@abelsonherron.com |
| | hmayer@abelsonherron.com |

Jennifer L. Barry, Esq.
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
Jennifer.barry@lw.com

Dated this 2nd day of May, 2014

/s/Lina Pearmain
Lina Pearmain