BRUCE ISAACS (Bar No. 100296)
Email: bruceisaacs@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6808
Facsimile: (213) 633-6899

JAMES W. QUINN (*pro hac vice*)
Email: james.quinn@weil.com
YEHUDAH L. BUCHWEITZ (*pro hac vice*)
Email: yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant*
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>Defendants. | NO. SACV13-00876 JLS (RNBX)<br><br>**STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS (DKT. NO. 47) TO CBS INTERACTIVE INC.** |

WHEREAS, on September 6, 2013, Plaintiff Yahchaaroah Lightbourne ("Lightbourne") and Defendant Brand Affinity Technologies, Inc. ("BAT") jointly submitted a Stipulated Protective Order Governing Confidential Materials (Dkt. No. 40) ("Protective Order");

WHEREAS, on September 10, 2013, the Court entered the Protective Order (Dkt. No. 43);

WHEREAS, on September 23, 2013, Lightbourne and BAT jointly filed a Stipulation to Amend Stipulated Protective Order Governing Confidential Materials (Dkt. No. 46);

WHEREAS, on September 24, 2013, the Court entered the Amended Stipulated Protective Order Governing Confidential Materials (Dkt. No. 47) ("Amended Protective Order");

WHEREAS, on April 10, 2014, Lightbourne filed the First Amended Class Action Complaint, adding CBS Interactive Inc. ("CBSI") as a defendant (Dkt. No. 69);

NOW, THERFORE, IT IS HEREBY STIPULATED AND AGREED, that Lightbourne and CBSI wish to have the Court enter the proposed order that the Amended Protective Order entered in this action on September 23, 2013 (Dkt. No. 47) apply to any Disclosure or Discovery Material, Protected Material, or "CONFIDENTIAL" Information or Items (as those terms are so defined in the Amended Protective Order) produced by CBSI (the "Order Applying Amended Stipulated Protective Order Governing Confidential Materials (Dkt. No. 47) to CBSI").

1

STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS
DWT 26079525v1 0102997-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**IT IS SO STIPULATED.**

Date: February 4, 2015

*/s/Bruce Isaacs, Esq.*

BRUCE ISAACS (Bar No. 100296)
Email: bruceisaacs@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6808
Facsimile: (213) 633-6899

JAMES W. QUINN (*pro hac vice*)
james.quinn@weil.com
YEHUDAH L. BUCHWEITZ (*pro hac vice*)
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant CBS INTERACTIVE, INC.

*/s/Robert B. Carey, Esq.*

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Rachel E. Freeman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
rachelf@hbsslaw.com

Stuart M. Paynter (#226147)
Celeste H.G. Boyd (*pro hac vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005

2

STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS
DWT 26079525v1 0102997-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com
cboyd@smplegal.com

William S. Sowders (#221687)
Renaud Cook Drury Mesaros, PA
One North Central, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
bsowders@rcdtnlaw.com

Attorneys for Plaintiff YAHCHAAROAH LIGHTBOURNE

3
STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS
DWT 26079525v1 0102997-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of DAVIS WRIGHT TREMAINE LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS (DKT. NO. 47) TO CBS INTERACTIVE INC.**

to be completed by:

\_\_\_\_\_   personally delivering

\_\_\_\_\_   delivery via Nationwide Legal Services

\_\_\_\_\_   sending via Federal Express or other overnight delivery service

__X__   depositing for mailing in the U.S. mail with sufficient postage affixed thereto

__X__   delivery via email

\_\_\_\_\_   electronic filing, and thereby delivery via e-mail to:

| | |
|---|---|
| Robert A. Carey, Esq.<br>Leonard W. Aragon, Esq.<br>Rachel E. Freeman, Esq.<br>Steve Berman, Esq.<br>Elaine T. Byszewski, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ  85003<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br>rachelf@hbsslaw.com<br>steve@hbsslaw.com<br>Elaine@hbsslaw.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) | Stuart M. Paynter, Esq.<br>Celeste H.G. Boyd, Esq.<br>The Paynter Law Firm PLLC<br>1200 G. Street N.W., Suite 800<br>Washington, DC  20005<br>stuart@paynterlawfirm.com<br>cboyd@paynterlawfirm.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) |
| Christy L. Bertram, Esq.<br>Johnson & Bertram LLP<br>1 Park Plaza, Suite 600<br>Irvine, CA  92614<br>cbertram@johnsonbertram.com<br>(Attorney for Defendant Brand Affinity Technologies, Inc.) | William S. Sowders<br>Renaud Cook Drury Mesaros, PA<br>One North Central, Suite 900<br>Phoenix, Arizona 85004<br>wsowders@rcdmlaw.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) |

4

STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS
DWT 26079525v1 0102997-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| James W. Quinn, Esq.<br>Yehudah L. Buchweitz, Esq.<br>Jessie B. Mishkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>James.quinn@weil.com<br>Yehudah.buchweitz@weil.com<br>Jessie.mishkin@weil.com<br>(Attorneys for Defendant CBS Interactive, Inc.) | Printroom, Inc.<br>c/o Carlton X. Osborne<br>2520 Mission College Blvd., Suite 102<br>Santa Clara, CA 95054<br>Carlton.x.osborne@gmail.com |

Professional Photo Storefronts, Inc.
c/o Carlton X. Osborne
2520 Mission College Blvd., Suite 102
Santa Clara, CA 95054
Carlton.x.osborne@gmail.com

Dated: February 4, 2015                    */s/Lina Pearmain*
                                            Lina Pearmain

5
STIPULATION APPLYING AMENDED STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS
DWT 26079525v1 0102997-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899