# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 13-00876-JLS (RNBx) | Date | June 19, 2015 |
|---|---|---|---|
| Title | Yahchaaroah Lightbourne v. Printroom, Inc., et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Carey | Yehudah Buchweitz |
| Stuart Paynter | Bruce Isaacs |
| Leonard Aragon | James Quinn |
| | Christy Bertram |

**Proceedings:**   **Hearing Re Plaintiff's Motion for Class Certification [158/176]**

Hearing held. Oral arguments heard.  Matter taken under submission.

|  | : | 50 |
|---|---|---|

Initials of Preparer    tg