Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
Rachel E. Freeman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
rachelf@hbsslaw.com

Stuart M. Paynter (226147)
Celeste H.G. Boyd (*Pro Hac Vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>Defendants. | No. SACV13-00876-JLS (RNBx)<br><br>DECLARATION OF YAHCHAAROAH LIGHTBOURNE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CBS INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS<br><br>Hearing Date: July 10, 2015<br>Time: 2:30 p.m.<br>Courtroom: 10A<br>Judge: Josephine L. Staton |

010366-11 787941 V1

Pursuant to 28 U.S.C. § 1746.1, I declare under penalty of perjury that the following is true and correct.

1. I am the Plaintiff in the instant matter, Case No. SACV13-00876JLS (RNBx).

2. I am over 18 years of age and competent to make this Declaration.

3. At my deposition, I testified that in 2012, after I graduated college, I found photographs of me for sale on printroom.com. The photographs were taken at practice and during games at UTEP. (Deposition at 12:4-13, 13:6-13).

4. I testified that I was living in Texas when I signed one of the authorization forms for UTEP. (Deposition at 22:13-15). The same is true for all three authorization forms submitted by CBS in connection with its motion for summary judgment.

5. I testified that ¶ 3 of the initial complaint is accurate. It says that as of June 2013, I was a resident of El Paso County, Texas. (Deposition at 63:25-64:11).

6. I never considered myself as a Wyoming resident because I only played one season for the Calvary and lived in a hotel. In July 2013, I returned from Wyoming to Texas. I never intended remain in Wyoming.

7. I testified that I left Wyoming in August 2013. I was not sure what day I left so I said August to be safe. I have since confirmed that I left Wyoming on July 28, 2013.

8. I testified that I was living in Wyoming at the time I signed the settlement agreement on March 31, 2014. (Deposition at 70:13-18). I confused March 2014 with March 2013. As I testified earlier in my deposition, I left Wyoming in the summer 2013. Therefore, when I signed the settlement agreement in March 2014, I was residing in Texas.

9. Similarly when I signed a second settlement agreement on December 13, 2014, I was also residing in Texas.

- 1 -
DECLARATION OF YAHCHAAROAH LIGHTBOURNE ISO OPPOSITION TO CBSI'S MSJ
010366-11 787941 V1

10. When I signed both settlement agreements, I did not pay attention to the statements about my residency and did not catch those mistakes.

Executed this _17_ day of June, 2015 in Big Spring, Texas.

_____
Yahchaaroah Lightbourne

- 2 -
DECLARATION OF YAHCHAAROAH LIGHTBOURNE ISO OPPOSITION TO CBSI'S MSJ
010366-11 787941 V1

## **CERTIFICATE OF SERVICE**

Under FRCP 5, I, Leonard W. Aragon, certify that on June 19, 2015, a true and correct copy of the foregoing *Declaration of Yahchaaroah Lightbourne in Support of Plaintiff's Opposition to Defendant CBS Interactive, Inc.'s Motion for Summary Judgment on All Claims* was filed electronically with the Clerk of Court at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Leonard W. Aragon