BRUCE ISAACS (BAR NO. 100926)
Email: bruceisaacs@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6808
Facsimile: (213) 633-6899

JAMES W. QUINN (*pro hac vice*)
Email: james.quinn@weil.com
YEHUDAH L. BUCHWEITZ (*pro hac vice*)
Email: yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>Defendants. | NO. SACV13-00876 JLS (RNBX)<br><br>**EXHIBIT 3 TO THE DECLARATION OF YEHUDAH L. BUCHWEITZ IN SUPPORT OF DEFENDANT CBS INTERACTIVE INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[PUBLIC REDACTED VERSION]**<br><br>Date: July 10, 2015<br>Time: 2:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Josephine Staton |

# EXHIBIT 3

| BegBates | CBSI-Lightbourne0160238 |
|---|---|
| BegBates | CBSI-Lightbourne0160238 |
| University | UTEP |
| Album Title | UTEP vs Arkansas-Pine Bluff. Photos by Ivan Pierre Aguirre |
| Description | Yahchaaroah Stuart (95). Photo by Ivan Pierre Aguirre |
| Photographer | IVAN PIERRE AGUIRRE |
| Photo Date | 9/5/2010 |
| Sport | Football |
| Image Width | 2500 |
| Image Height | 1667 |



EXHIBIT 5
WIT: Lightbourne
DATE: 4-14-15
S. Klinger, RMR-CRR



CONFIDENTIAL

CBSI-Lightbourne0160238

CBSI-Lightbourne0160238                                                                           **REDACTED**

## DATA FROM NETITOR – CBSI009936

| Original ID | University | Date Photo Taken | Sport | Photographer | Description | Album Title | Width | Height | Photo URL |
|---|---|---|---|---|---|---|---|---|---|
| 4160433 | UTEP | 9/5/2010 | Football | Ivan Pierre Aguirre | Yahchaaroah Stuart (95). Photo by Ivan Pierre Aguirre | UTEP vs Arkansas-Pine Bluff. Photos by Ivan Pierre Aguirre | 2500 | 1667 | http://akamai.origin.grfx.cstv.com/photos/schools/utep/sports/m-footbl/auto_original/4160433.jpeg |

## SALES DATA FROM BAT – CBSI009935/LIGHTBOURNE01025-001108

| Order Number | Date of Sale | Shipping | Tax | Product Total | Amount | Bill To | Ship To | Ship Address | Ship City |
|---|---|---|---|---|---|---|---|---|---|
| CPUFQDFUX9LW | 4/15/2013 13:16 | $3.49 | $1.28 | $11.99 | $16.76 | Jessica Wilson | Jessica Wilson | ▇▇▇ | El Paso |

| Ship State | Ship Zip | Ship Country | Email Address | School/University | Order ID | Product Name | Quantity | Image Name | Image Path |
|---|---|---|---|---|---|---|---|---|---|
| TX | 79912 | USA | ▇▇▇ | UTEP School Photos & Brand Affinity | CPUFQDFUX9LW | 5x7 Print | 1 | 4160433.jpeg | http://akamai.origin.grfx.cstv.com/photos/schools/utep/sports/m-footbl/auto_original/4160433.jpeg |




WEIL:\95291597\6\80758.0311

### DATA FROM BAT – BAT000391

#### School Storefronts Tab

| Member ID | UserID | Domain Name | Company | Notes |
|---|---|---|---|---|
| 190830 | UTEPSchoolPhotos | UTEPSchoolPhotos | UTEP School Photos & Brand Affinity | |

#### Archive Galleries Tab

| Gallery ID | Member ID | Date Gallery Record Created | Gallery Name | Date Gallery Last Viewed | Number of Times Gallery Viewed (not unique) | Notes |
|---|---|---|---|---|---|---|
| 3100409 | 190830 | 7/12/12 | UTEP vs Arkansas-Pine Bluff. Photos by Ivan Pierre Aguirre | 9/7/13 | 7 | |

#### Gallery Images Tab

| Member ID | Gallery ID | Index (Position in Gallery) | Image Name | Image ID (Printroom/BAT Created) | Date Image Associated with Gallery | Description (metadata included by content owner) | Image File Name |
|---|---|---|---|---|---|---|---|
| 190830 | 3100409 | 18 | UTEP vs Arkansas-Pine Bluff. Photos by Ivan Pierre Aguirre | 230848181 | 7/12/2012 | Yahchaaroah Stuart (95). Photo by Ivan Pierre Aguirre | 4160433.jpeg |

| Date Image Record | Image File | Width | Height | Thumbnail File | Large Thumb | Source | Number of Times Image Viewed (not unique) |
|---|---|---|---|---|---|---|---|
| 7/12/12 | utep/sports/m-footbl/auto_original/4160433.jpeg | 2500 | 1667 | utep/sports/m-footbl/auto_pr_thumb/4160433.jpeg | utep/sports/m-footbl/auto_pr_preview/4160433.jpeg | UTEP | 3 |

WEIL:\95291597\6\80758.0311

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of DAVIS WRIGHT TREMAINE LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**EXHIBIT 3 TO THE DECLARATION OF YEHUDAH L. BUCHWEITZ IN SUPPORT OF DEFENDANT CBS INTERACTIVE INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[PUBLIC REDACTED VERSION]**

to be completed by:

_____ personally delivering

_____ delivery via Nationwide Legal Services

_____ sending via Federal Express or other overnight delivery service

_____ depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____ delivery via email

__X__ electronic filing, and thereby delivery via e-mail to:

| | |
|---|---|
| Robert A. Carey, Esq. | Stuart M. Paynter, Esq. |
| Leonard W. Aragon, Esq. | Celeste H.G. Boyd, Esq. |
| Rachel E. Freeman, Esq. | The Paynter Law Firm PLLC |
| Steve Berman, Esq. | 1200 G. Street N.W., Suite 800 |
| Elaine T. Byszewski, Esq. | Washington, DC 20005 |
| Hagens Berman Sobol Shapiro LLP | stuart@paynterlawfirm.com |
| 11 West Jefferson Street, Suite 1000 | cboyd@paynterlawfirm.com |
| Phoenix, AZ 85003 | (Attorneys for Plaintiff Yahchaaroah Lightbourne) |
| rob@hbsslaw.com | |
| leonard@hbsslaw.com | |
| rachelf@hbsslaw.com | |
| steve@hbsslaw.com | |
| Elaine@hbsslaw.com | |
| (Attorneys for Plaintiff Yahchaaroah Lightbourne) | |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 27121238v1 0102997-000001

| | | |
|---|---|---|
| 1 | Christy L. Bertram, Esq.<br>Johnson & Bertram LLP<br>1 Park Plaza, Suite 600<br>Irvine, CA  92614<br>cbertram@johnsonbertram.com<br>(Attorney for Defendant Brand Affinity Technologies, Inc.) | William S. Sowders. Esq.<br>Gust Rosenfeld PLC<br>One East Washington, Suite 1600<br>Phoenix, Arizona 85004<br>wsowders@gustlaw.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) |

Professional Photo Storefronts, Inc.
c/o Carlton X. Osborne
2520 Mission College Blvd., Suite 102
Santa Clara, CA  95054
Carlton.x.osborne@gmail.com
**COURTESY U.S. MAIL**

Printroom, Inc.
c/o Carlton X. Osborne
2520 Mission College Blvd., Suite 102
Santa Clara, CA  95054
Carlton.x.osborne@gmail.com
**COURTESY U.S. MAIL**

Dated:  June 29, 2015          /s/Lina Pearmain
                               LINA PEARMAIN

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 27121238v1 0102997-000001