| | |
|---|---|
| 1 | BRUCE ISAACS (Bar No. 100296) |
| 2 | Email: bruceisaacs@dwt.com<br>DAVIS WRIGHT TREMAINE LLP |
| 3 | 865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017 |
| 4 | Telephone: (213) 633-6808<br>Facsimile: (213) 633-6899 |
| 5 | JAMES W. QUINN (*pro hac vice*) |
| 6 | Email: james.quinn@weil.com<br>YEHUDAH L. BUCHWEITZ (*pro hac vice*) |
| 7 | Email: yehudah.buchweitz@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 8 | 767 Fifth Avenue<br>New York, NY 10153 |
| 9 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| 10 | *Attorneys for Defendant*<br>CBS INTERACTIVE, INC. |

(See above)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>Defendants. | NO. SACV13-00876 JLS (RNBX)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Current Motion Deadline: August 28, 2015<br><br>New Motion Deadline: September 11, 2015 |

1  WHEREAS, on August 14, 2015, the Court issued its Order Granting CBS
2  Interactive Inc. ["CBSI"]'s Motion for Summary Judgment [Dkt. 297];

3  WHEREAS, CBSI seeks an award of its attorneys' fees and costs as the
4  prevailing party pursuant to California Civil Code § 3344(a);

5  WHEREAS, pursuant to Fed. R. Civ. P. 54(d)(2)(i) and L.R. 54-11, CBSI's
6  motion to recover its attorneys' fees and costs is currently due on August 28, 2015;

7  WHEREAS, consistent with the Court's Order, the parties are meeting and
8  conferring regarding CBSI's request for an award of its attorneys' fees and costs;

9  WHEREAS, CBSI's counsel has discussed with Plaintiff's counsel the
10  benefit of a short two-week extension of CBSI's deadline until September 11, 2015;

11  WHEREAS, good cause exists for the extension of time for CBSI to file its
12  motion to recover its attorneys' fees and costs; and

13  WHEREAS, this extension of time is not sought for purposes of delay, and
14  cannot and will not be used directly or indirectly to prejudice any rights of any
15  party.

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
17  and between the undersigned attorneys for the respective parties, and subject to the
18  approval of the court, that CBSI has until September 11, 2015 to file its motion to
19  recover to recover its attorneys' fees and costs. No other deadline need be amended
20  by purposes of this stipulation.

21  **IT IS SO STIPULATED.**

| | |
|---|---|
| Date: August 21, 2015 | Respectfully submitted, |

/s/Bruce Isaacs
BRUCE ISAACS (Bar No. 100296)
Email: bruceisaacs@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6808
Facsimile: (213) 633-6899

JAMES W. QUINN (*pro hac vice*)
james.quinn@weil.com
YEHUDAH L. BUCHWEITZ (*pro hac vice*)
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant CBS INTERACTIVE, INC.

/s/Robert B. Carey
Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Rachel E. Freeman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
rachelf@hbsslaw.com

Stuart M. Paynter (#226147)
Celeste H.G. Boyd (*pro hac vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com
cboyd@smplegal.com

| | |
|---|---|
| 1 | William S. Sowders (#221687) |
| 2 | Renaud Cook Drury Mesaros, PA |
| | One North Central, Suite 900 |
| 3 | Phoenix, Arizona 85004 |
| | Telephone: (602) 307-9900 |
| 4 | Facsimile: (602) 307-5853 |
| 5 | bsowders@rcdtnlaw.com |
| 6 | Attorneys for Plaintiff YAHCHAAROAH LIGHTBOURNE |

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the law firm of DAVIS WRIGHT TREMAINE LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**

to be completed by:

\_\_\_\_\_             personally delivering

\_\_\_\_\_             delivery via Nationwide Legal Services

\_\_\_\_\_             sending via Federal Express or other overnight delivery service

                      depositing for mailing in the U.S. mail with sufficient postage affixed thereto

\_\_\_\_\_             delivery via email

  X                 electronic filing, and thereby delivery via e-mail to:

| | |
|---|---|
| Robert A. Carey, Esq.<br>Leonard W. Aragon, Esq.<br>Rachel E. Freeman, Esq.<br>Steve Berman, Esq.<br>Elaine T. Byszewski, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ  85003<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br>rachelf@hbsslaw.com<br>steve@hbsslaw.com<br>Elaine@hbsslaw.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) | Stuart M. Paynter, Esq.<br>Celeste H.G. Boyd, Esq.<br>The Paynter Law Firm PLLC<br>1200 G. Street N.W., Suite 800<br>Washington, DC  20005<br>stuart@paynterlawfirm.com<br>cboyd@paynterlawfirm.com<br>(Attorneys for Plaintiff Yahchaaroah Lightbourne) |

| | | |
|---|---|---|
| 1 | Christy L. Bertram, Esq.<br>Johnson & Bertram LLP | William S. Sowders. Esq.<br>Gust Rosenfeld PLC |
| 2 | 1 Park Plaza, Suite 600 | One East Washington, Suite 1600 |
| 3 | Irvine, CA  92614<br>cbertram@johnsonbertram.com | Phoenix, Arizona 85004<br>wsowders@gustlaw.com |
| 4 | (Attorney for Defendant Brand Affinity<br>Technologies, Inc.) | (Attorneys for Plaintiff Yahchaaroah<br>Lightbourne) |
| 5 | | |
| 6 | Professional Photo Storefronts, Inc.<br>c/o Carlton X. Osborne | Printroom, Inc.<br>c/o Carlton X. Osborne |
| 7 | 2520 Mission College Blvd., Suite 102<br>Santa Clara, CA  95054 | 2520 Mission College Blvd., Suite 102<br>Santa Clara, CA  95054 |
| 8 | Carlton.x.osborne@gmail.com<br>COURTESY U.S. MAIL | Carlton.x.osborne@gmail.com<br>COURTESY U.S. MAIL |
| 9 | | |
| 10 | Dated:  August 21, 2015 | /s/Lina Pearmain |
| 11 | | LINA PEARMAIN |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |