BRUCE ISAACS (BAR NO. 100926)
Email: bruceisaacs@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6808
Facsimile: (213) 633-6899

JAMES W. QUINN (*pro hac vice*)
Email: james.quinn@weil.com
YEHUDAH L. BUCHWEITZ (*pro hac vice*)
Email: yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC., Defendants. | NO. SACV13-00876 JLS (RNBX)<br><br>**CBS INTERACTIVE INC.'S NOTICE OF MOTION ANDMEMORANDUM OF LAW IN SUPPORT OF CBS INTERACTIVE INC.'S MOTION TO RECOVER ATTORNEYS' FEES AND COSTS**<br><br>[PROPOSED]<br>[FILED UNER SEAL]<br><br>Hearing Date: October 30, 2015<br>Time: 2:30 p.m.<br>Ctrm: 10A<br>Judge: Hon. Josephine L. Staton |

NOTICE OF MOITION FOR ATTORNEYS' FEES AND COSTS

No. SACV13-00876 JLS (RNBx)

WEIL:\95462261\1\80758.0311