JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br><br>  Defendants. | NO. SACV 13-00876-JLS-RNB<br><br>**JUDGMENT** |

On August 14, 2015, this Court granted the Motion for Summary Judgment filed by Defendant CBS Interactive Inc. as to all claims for relief in Plaintiff Lightbourne's operative complaint. (Mot., Doc. 190; Order, Doc. 297.)

Therefore, and based thereon, IT IS HEREBY ORDERED that Judgment be entered in favor of Defendant CBSI and against Plaintiff Lightbourne and that Plaintiff take nothing by way of his complaint or any of the claims for relief therein. Based on the findings and determinations set forth in this Court's Order granting summary judgment, CBSI is deemed to be the prevailing party.

IT IS SO ORDERED:

Dated: November 13, 2015

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE