UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHCHAAROAH LIGHTBOURNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINTROOM, INC., PROFESSIONAL PHOTO STOREFRONTS, INC., BRAND AFFINITY TECHNOLOGIES, INC. and CBS INTERACTIVE, INC.,<br>Defendants. | NO. SACV13-00876 JLS (RNBx)<br><br>**JUDGMENT GRANTING DEFENDANT CBS INTERACTIVE INC.'S AWARD OF ATTORNEYS' FEES AND COSTS** |

On November 13, 2015, based on the findings and determinations set forth in this Court's Order granting summary judgment, Defendant CBS Interactive Inc. was deemed to be the prevailing party. (*See* SJ Judgment, Doc. 343; SJ Order, Doc. 297.) On December 10, 2015, this Court granted in part Defendant CBSI's Motion for Attorneys' Fees and Costs. (Mot., Doc. 303; Order, Doc. 348.)

Therefore, and based thereon, IT IS HEREBY ORDERED that Judgment be entered in favor of Defendant CBSI and against Plaintiff Yahchaaroah

Lightbourne in the amount of $4,437,304.02 in attorneys' fees and $131,378.59 in costs.

    IT IS SO ORDERED.

DATE: December 18, 2015

_____
Hon. Josephine L. Staton
United States District Judge